IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

ROBERT LEON ROBERTS-BEY, #328150 §

VS. § CIVIL ACTION NO. 6:11cv163

BRAD LIVINGSTON, ET AL. §

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States

Magistrate Judge John D. Love. The Second Report and Recommendation of the Magistrate Judge,

which contains proposed findings of fact and recommendations for the disposition of such action,

has been presented for consideration, and no objections thereto having been timely filed, the Court

is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts

same as the findings and conclusions of the Court. It is therefore

ORDERED that the complaint is DISMISSED without prejudice for want of prosecution

and failure to obey an order. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of

Texas. All motions by either party not previously ruled on are hereby DENIED.

So ORDERED and SIGNED this 3rd day of November, 2011.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**